# UNITED STATES DISTRICT COURT

__Western__ District of __Arkansas__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| GRANT SIZEMORE | CASE NUMBER: 6:10MJ6004-002 |
| | D. Scott Hickam |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded    X no contest    to count(s):    One (1) of an Information on June 13, 2011.

☐ **THE DEFENDANT** was found guilty on count(s) _____

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 331(a) and 333(a)(1); 18 U.S.C. § 2 | Adulteration of Food; Aiding and Abetting | 03/2008 | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on violation(s): _____

☐ Violation(s) _____ ☐ is ☐ are    dismissed on the motion of the United States.

    IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-6160

Defendant's Date of Birth: XX/XX/1964

Defendant's USM No.: 09534-010

Defendant's Residence Address:

XXXXXXXXXXXXX

Denton, TX 76209

Defendant's Mailing Address:

Same as above

September 19, 2011
Date of Imposition of Judgment

_/s/_
Signature of Judicial Officer

Honorable Barry A. Bryant, United States Magistrate Judge
Name and Title of Judicial Officer

Sept. 26, 2011
Date

DEFENDANT: GRANT SIZEMORE
CASE NUMBER: 6:10MJ6004-002

Judgment — Page 2 of 3

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 3, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 25.00 | $ 25.00 | $ -0- |

**All monetary obligations ordered by the court, including restitution, are to be made payable to:

**U.S. District Clerk**
**100 Reserve Street, Room 347**
**Hot Springs, AR 71901**

The U. S. District Clerk will disperse restitution funds received from the defendant to the victims

☐ The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.**

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |
| **TOTALS** | $ | $ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 3, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for    ☐ fine and/or    ☐ restitution.

☐ the interest requirement for    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: GRANT SIZEMORE
CASE NUMBER: 6:10MJ6004-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    X    Lump sum payment of $ 50.00    due immediately.

       ☐ not later than _____ , or
       ☐ in accordance    ☐ C,    ☐ D, or    ☐ E below; or

B    ☐ Payment to begin immediately (may be combined    ☐ C,    ☐ D, or    ☐ E below); or

C    ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

     Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.